**EXHIBIT E**

**VIRGINIA:**

## IN THE CIRCUIT COURT FOR THE CITY OF ALEXANDRIA

| | |
|---|---|
| CONNIE L. MOBLEY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LOGS LEGAL GROUP LLP, )<br>)<br>Defendant. )<br>_____ ) | Case No.: CL24002025-00 |

### NOTICE OF FILING OF NOTICE OF REMOVAL

Please take notice that Defendant, LOGS Legal Group LLP ("LOGS") has removed the above action to the United States District Court for the Eastern District of Virginia (Alexandria Division). A copy of LOGS' Notice of Removal is attached hereto as Exhibit "1." Pursuant to 28 U.S.C. § 1446(d), this Court shall not proceed further with this action until the case has been remanded.

Respectfully submitted,

_____
John A. Nader (VSB No. 73259)
HINSHAW & CULBERTSON, LLP
700 12th Street, N.W., Suite 700
Washington, D.C. 20005
Tel.: (202) 970-5280
Fax: (212) 935-1166
jnader@hinshawlaw.com

*Counsel for Defendant,*
*LOGS Legal Group LLP*

1

## CERTIFICATE OF SERVICE

I certify that on December 2, 2024, I filed the foregoing Notice of Filing of Notice of Removal with the Clerk of the Court, and that I served a copy of the same on:

Connie L. Mobley
5168 Brawner Place
Alexandria, VA 22304

*Plaintiff, pro se*

_____
John A. Nader

2

**EXHIBIT 1**